AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18CR1142-JLS |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JULIA RAMIREZ | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 46) and after considering the applicable factors provided in 18 U.S.C. § 3553(a),

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish that her current medical condition presents an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant contends that her age of 51 years, her BMI of 31, and a heart condition known as Wolff Parkinson White Syndrome, warrant relief. However, while these factors may present some additional risk for severe illness with COVID-19, Defendant falls within the lower ends of the risk categories for age[1] and weight.[2] Defendant's heart condition, a congenital condition that causes

---

[1] The risk for severe illness with COVID-19 increases with age, the greatest risk being among those aged 85 or older. Eighty percent of COVID-19 deaths reported in the United States have been in adults 65 years old and older. CDC, Centers for Disease Control and Prevention, Older Adults, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults html (last accessed June 7, 2021).

[2] According to the CDC, being overweight (BMI between 25 and 30), obese (BMI between 30 and 40), or severely obese (BMI greater than 40) can make you more likely to get severely ill from COVID-19. The risk of severe COVID-19 illness increases sharply with elevated BMI. CDC, Centers for Disease Control and Prevention, People with Certain

a rapid heart rate (see Gov't's Resp., ECF 46 at 11), appears to be well-managed by prison medical staff.  Defendant's medical records do not reflect any active severe illness, disability, or limitation on daily activities.  Furthermore, Defendant's has declined a COVID-19 vaccination, a factor weighing against a finding of extraordinary and compelling circumstances.  *See United States v. Baeza-Vargas*, No. CR-10-00448-010-PHX-JAT, 2021 WL 1250349 *3 (D. Ariz. April 4, 2021) (collecting cases).  Finally, it appears that the Bureau of Prisons and the Phoenix FCI have undertaken considerable measures to control the transmission of COVID-19 within the institution. Currently there are no inmates or staff testing positive for the virus. [3]  Under these circumstances, the Court is not persuaded that Defendant's medical condition constitutes an extraordinary and compelling basis for compassionate release.

In addition, the Court finds that a sentence reduction is not warranted under the applicable factors provided in 18 U.S.C. § 3553(a).  In light of Defendant's history of drug crimes, drug addiction, and probation violations, the Court is not persuaded that early release is consistent with the goals of the need for the sentence imposed to promote respect for the law, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to avoid unwarranted sentence disparities under 18 U.S.C. § 3553(a).

/ / /

/ / /

/ / /

---

Medical Conditions, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions html (last accessed June 7, 2021).

[3] Federal Bureau of Prisons, "COVID-19 Coronavirus," https://www.bop.gov/coronavirus/ (last accessed June 7, 2021).

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i)

is DENIED.

IT IS SO ORDERED.

Dated:  June 11, 2021

Hon. Janis L. Sammartino
United States District Judge